IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEFAC S.A., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEFAC, INC. | : | NO. 15-3406 |

ORDER

AND NOW, this 16th day of October, 2015, upon consideration of the defendant's motion to dismiss, or in the alternative, motion to strike, and to stay proceedings (docket entry #13), plaintiffs' response in opposition thereto, and our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Defendant's motion to strike (docket entry #13) is GRANTED;

2. All portions of the complaint referring to Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. §§ 201 et seq., are STRICKEN;

3. Defendant's motion to stay (docket entry #13) is DENIED; and

4. Defendant shall ANSWER the complaint by noon on October 30, 2015.

BY THE COURT:

_/s/ Stewart Dalzell, J.